**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 10-20506-CIV-SEITZ/SIMONTON
<u>**CONSENT CASE**</u>

EDEL LEON, ANDRES GUZMAN, JAVIER )
GONZALEZ, VICTOR ANTONIO )
GUTIERREZ, MARCELINO MATEO )
MARCOS )
)
       Plaintiffs, )
  vs. )
)
M.I. QUALITY LAWN MAINTENANCE, INC. )
MITCHELL'S LAWN MAINTENANCE CORP. )
and MITCHELL IGELKO )
)
       Defendants )
_____)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 10-20698-CIV-SEITZ/SIMONTON
<u>**CONSENT CASE**</u>

KELLY PHILLIPS, LUISA GINSBERG, )
CRISTINA PARET, YAHILIN CHIRINO, and )
all other similarly situated under 29 USC 216(B), )
)
       Plaintiffs, )
  vs. )
)
M.I. QUALITY LAWN MAINTENANCE, INC. )
MITCHELL'S LAWN MAINTENANCE CORP. )
and MITCHELL IGELKO )
)
       Defendants )

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 10-20975-CIV-SEITZ/SIMONTON
<u>**CONSENT CASE**</u>

LUIS SOLORZANO and all other similarly )
situated under 29 USC 216(B), )
)
       Plaintiff, )

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| M.I. QUALITY LAWN MAINTENANCE, INC. MITCHELL'S LAWN MAINTENANCE CORP., and MITCHELL IGELKO | ) ) ) ) ) |
|  | ) |
| Defendants | ) ) |

## DEFENDANTS' SUPPLEMENTAL WITNESS LIST

Defendants, M.I. Quality Lawn Maintenance, Inc., Mitchell's Lawn Maintenance, Corp., and Mitchell Igelko (the "Defendants"), file this Supplemental Witness List as set forth below:

1. Mark A. Ostrowski, CPA, CFE, MBA (expert)
   350 Moran Boulevard, Suite 220
   Deerfield Beach, Florida 33442

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via CM/ECF this 29th day of May, 2012, upon: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, zabogado@aol.com, Fax: (305) 865-7167.

Respectfully submitted,

**ESPINOSA | JOMARRON**
*Counsel for Defendants*
4300 Biscayne Boulevard, Suite 1500
Miami, Florida 33137
Telephone:     (305) 717-7530
Facsimile:     (305) 717-7539

By: /s/ Daniel A. Espinosa
    Daniel A. Espinosa, Esq.
    Florida Bar No. 81686
    despinosa@ejtrial.com