**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 10-20506-CIV-SEITZ/SIMONTON**
<u>**CONSENT CASE**</u>

| | |
|---|---|
| EDEL LEON, ANDRES GUZMAN, JAVIER GONZALEZ, VICTOR ANTONIO GUTIERREZ, MARCELINO MATEO MARCOS | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| M.I. QUALITY LAWN MAINTENANCE, INC. MITCHELL'S LAWN MAINTENANCE CORP. and MITCHELL IGELKO | ) ) ) ) |
| Defendants | ) ) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 10-20698-CIV-SEITZ/SIMONTON**
<u>**CONSENT CASE**</u>

| | |
|---|---|
| KELLY PHILLIPS, LUISA GINSBERG, CRISTINA PARET, YAHILIN CHIRINO, and all other similarly situated under 29 USC 216(B), | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| M.I. QUALITY LAWN MAINTENANCE, INC. MITCHELL'S LAWN MAINTENANCE CORP. and MITCHELL IGELKO | ) ) ) ) |
| Defendants | ) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 10-20975-CIV-SEITZ/SIMONTON**
<u>**CONSENT CASE**</u>

| | |
|---|---|
| LUIS SOLORZANO and all other similarly situated under 29 USC 216(B), | ) ) ) |
| Plaintiff, | ) |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| M.I. QUALITY LAWN MAINTENANCE, INC. MITCHELL'S LAWN MAINTENANCE CORP., and MITCHELL IGELKO | ) ) ) ) ) |
|  | ) |
| Defendants | ) |

# DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

Defendants, M.I. Quality Lawn Maintenance, Inc., Mitchell's Lawn Maintenance, Corp., and Mitchell Igelko (the "Defendants"), file this Supplemental Exhibit List as set forth below:

1. Correspondence between Kelly Phillips and Defendants.

2. Correspondence between Kelly Phillips and third parties while employed by Defendants.

3. Private Club Member Agreement between Kelly Phillips and Overseas Locket International Corp.

4. Deposition Transcripts of Kelly Phillips in previous lawsuits against Defendants.

5. Deposition Transcripts of Edel Leon in previous lawsuits against Defendants.

6. Evidentiary Transcript of hearing involving Defendants and Kelly Phillips that took place on January 27, 2010, before the Honorable Lawrence Schwartz in Miami-Dade County, Florida.

7. Unemployment Hearing Transcript of Kelly Phillips involving Defendants.

8. Copies of Plaintiffs' tax returns.

9. Sworn Statements of Mitchell Igelko and Anita Aviles.

10. Kelly Phillips' preliminary application for employment.

11. Correspondence between Kelly Phillips and Defendants' CPA.

12. Photographs depicting Kelly Phillips and Edel Leon.

13. Documents bate-stamped SAO 0001-00047, which were produced on May 29, 2012.

14. Documents bate-stamped 001-000139, which were produced on May 29, 2012.

15. Documents bate-stamped 003-000142, which were produced on May 29, 2012.

16. Documents produced by Power Financial Credit Union in the case involving Kelly Phillips and Edel Leon against Defendants.

17. Documents bate-stamped 000115-000138, which were produced on May 29, 2012.

18. Any exhibits offered by Plaintiffs and listed on Plaintiffs' exhibit list.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via CM/ECF this 29th day of May, 2012, upon: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, zabogado@aol.com, Fax: (305) 865-7167.

Respectfully submitted,

**ESPINOSA | JOMARRON**
*Counsel for Defendants*
4300 Biscayne Boulevard, Suite 1500
Miami, Florida 33137
Telephone:   (305) 717-7530
Facsimile:   (305) 717-7539

By: /s/ Daniel A. Espinosa
    Daniel A. Espinosa, Esq.
    Florida Bar No. 81686
    despinosa@ejtrial.com