**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

EDEL LEON, et al.,

    Plaintiffs,

v.

M.I. QUALITY LAWN
MAINTENANCE, INC. et al.

    Defendants.
_____/

Case No. 10-20506-CIV-SEITZ/SIMONTON
<u>Consent Case</u>

KELLY PHILLIPS, et al.

    Plaintiffs,

v.

M.I. QUALITY LAWN
MAINTENANCE, INC. et al.

    Defendants.
_____/

Case No. 10-20698-CIV-SEITZ/SIMONTON
<u>Consent Case</u>

LUIS SOLORZANO,

    Plaintiff,

v.

M.I. QUALITY LAWN
MAINTENANCE, INC., et al.,

    Defendants.
_____/

Case No. 10-20975-CIV-SEITZ/SIMONTON
<u>Consent Case</u>

## **<u>DEFENDANTS' WITNESS LIST</u>**

    Defendants, M.I. Quality Lawn Maintenance, Inc., Mitchell's Lawn Maintenance, Corp., and Mitchell Igelko (the "Defendants"), file this Witness List as set forth below:

A. **Likely to be called**

1. Mitchell Igelko
   c/o ESPINOSA | JOMARRON
   4300 Biscayne Blvd., Suite 305
   Miami, FL 33137
   Subject matter of testimony: *Payroll practices, hours worked, work time, termination decisions, Plaintiffs' work schedules and hours, reason for termination of employees, and company policies.*
   Direct examination: 2 hours
   Cross examination: 1.5 hours

2. Anita Aviles
   c/o ESPINOSA | JOMARRON
   4300 Biscayne Blvd., Suite 305
   Miami, FL 33137
   Subject matter of testimony: *Payroll practices, accounts payable hours worked, work time, interviewing and hiring employees, termination decision; Javier Gonzalez's employment, Edel Leon's employment, Kelly Phillips' employment, office practices, duties of employees and work hours of same, duties and responsibility of Kelly Phillips as Comptroller, and duties and responsibilities when Anita Aviles was comptroller.*
   Direct examination: 2.5 hours
   Cross examination: 1.5 hours

3. Elsa Gelman
   c/o ESPINOSA | JOMARRON
   4300 Biscayne Blvd., Suite 305
   Miami, FL 33137
   Subject matter of testimony: *Payroll practices, hours worked, work time, decision to terminate; all of Plaintiffs' employment, Defendants' practices and procedures, hours of business operation, working schedules of employees, payment policies of Defendants, and personal knowledge of Plaintiffs' conduct witnessed while employed by Defendants.*
   Direct examination: 1.5 hours
   Cross examination: .75

4. Jose Mendoza
   c/o ESPINOSA | JOMARRON
   4300 Biscayne Blvd., Suite 305
   Miami, FL 33137
   <u>Subject matter of testimony</u>: ***Payroll practices, hours worked, work time, personal observations of Plaintiffs' work, working hours of Plaintiffs, including but not limited to, Plaintiff Javier Gonzalez, employer he works for and has always worked for.***
   Direct Examination: 45 minuts
   Cross Examination:

   **B. May be called**

7. Adriana Igelko
   c/o Law Offices of Carmen Rodriguez, P.A.
   15715 S. Dixie Hwy, Ste. 411
   Palmetto Bay, FL 33157
   <u>Subject matter of testimony</u>: ***Insubordinate activities of Plaintiffs, and personal knowledge of Plaintiffs' working hours and conduct while employed by Defendants.***
   Direct examination: 1.5 hours
   Cross examination: 1 hour

8. Esteban Del Sol
   c/o ESPINOSA | JOMARRON
   4300 Biscayne Blvd., Suite 305
   Miami, FL 33137
   <u>Subject matter of testimony</u>: ***Payroll practices, hours worked, work time, supervision of Javier Gonzalez, termination of Javier Gonzalez, years of experience gained while working at Mitchell's Lawn, and personal knowledge regarding his observations of Plaintiffs while working at Mitchell's Lawn.***
   Direct Examination: 45 minuts
   Cross Examination:

   **C. Rebuttal and Impeachment witnesses as needed**

8. Steve Roadruck
   Roadruck Investigations, Inc.
   4040 N.E. 2nd Ave., Ste. 303
   Miami, Florida 33137
   <u>Subject matter of testimony</u>: ***Impeachment and personal knowledge of meeting that took place between Kelly Phillips***.
   Direct examination: 1 hour

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served via CM/ECF this 2nd day of July, 2012, upon: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, zabogado@aol.com.

        Respectfully submitted,

        **ESPINOSA | JOMARRON**
        *Counsel for Defendants*
        4300 Biscayne Boulevard, Suite 305
        Miami, Florida 33137
        Telephone:   (305) 717-7530
        Facsimile:    (305) 717-7539

        By: /s/ Daniel A. Espinosa
            Daniel A. Espinosa, Esq.
            Florida Bar No. 0081686
            despinosa@ejtrial.com