```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
 3                 CASE 10-20506-CIV-SEITZ/SIMONTON
                        10-20698-CIV-SEITZ/SIMONTON
 4                      10-20975-CIV-SETIZ/SIMONTON
   _____
 5 EDEL LEON,
   KELLY PHILLIPS,
 6 LOUISA GINSBERG,
   LUIS SOLORZANO
 7
                          Plaintiffs,
 8
        vs.
 9
   MITCHELL IGELKO,                    MIAMI, FLORIDA
10 M.I. QUALITY LAWN MAINTENANCE, INC.  JULY 6, 2012
   MITCHELLS LAWN MAINTENANCE          FRIDAY - 9:30 A.M.
11
                          Defendants.     EXCERPT
12 _____
13             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
      [WITNESS TESTIMONY - LOUISA GINSBERG AND LUIS SOLORZANO]
14            BEFORE THE HONORABLE ANDREA SIMONTON
                UNITED STATES MAGISTRATE JUDGE
15 _____
   APPEARANCES:
16
   FOR THE PLAINTIFF:
17                        JAIME ZIDEL, ESQ.
                          DANIEL FELD, ESQ.
18                        J.H. Zidell, P.A.
                          300 71 Street, Ste. 605
19                        Miami Beach, FL  33141
                          Email: DanielFeld.Esq@Gmail.com
20
   FOR THE DEFENDANTS:
21                        DANIEL ALBERTO ESPINOSA, ESQ.
                          JESMANY JOMARRON, ESQ.
22                        RAFAEL VIEGO, III, ESQ.
                          Espinosa/Jomarron
23                        4300 Biscayne Blvd., Ste.305
                          Miami, FL 33137  305.717.7530
24                        Email: despinosa@jtrial.com
                                 JJomarron@jtrial.com
25                                rviega@jtrial.com
```

```
 1  REPORTED BY:
                        ROBIN MARIE DISPENZIERI, RPR
 2                      Official Federal Court Reporter
                        United States District Court
 3                      400 No. Miami Ave., Ste. 8S67
                        Miami, FL  33128 - 305/523-5659
 4                      Email:  robinc1127@aol.com
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        TABLE OF CONTENTS

 2                                                           Page
```

```
 3  Louisa Ginsberg ........................................... 4

 4       Direct Examination By Mr. Feld ....................... 4

 5       Cross-Examination By Mr. Jomarron ................... 12

 6       Redirect Examination By Mr. Feld ................... 18

 7       Cross-Examination By Mr. Jomarron ................... 21

 8  Luis Solorzano ........................................... 31

 9       Direct Examination By Mr. Zidell ................... 31

10       Cross-Examination By Mr. Jomarron ................... 36

11  Reporter's Certificate                                   36
```

```
12                      INDEX TO EXHIBITS

13  Exhibits                    Marked for          Received
                                Identification      in Evidence
14
    Description                 Page     Line      Page     Line
15

16
                        CITATION TABLE
17
                                                         Page
18

19                    SIDEBAR CONFERENCE TABLE

20  Descriptions                                    Page     Line

21

22

23

24

25
```

GINSBERG - Direct

4

1                    [Excerpt of Trial Proceedings]

2                    *****************

3           THE COURT:  Call your next witness.

4           MR. ZIDELL:  Louisa Ginsberg.

5           THE COURT:  Ms. Ginsberg, if you will take the stand.

6           COURTROOM DEPUTY:  Do you solemnly swear the testimony

7    you are about to give is the truth, the whole truth and nothing

8    but the truth so help you God?

9           THE WITNESS:  I do.

10          COURTROOM DEPUTY:  Please speak into the microphone.

11   State and spell your name for the record.

12          THE WITNESS:  Louisa Ginsberg, G-i-n-s-b-e-r-g.

13          THE COURT:  You may proceed, Mr. Feld?

14          LOUISA GINSBERG, PLAINTIFFS' WITNESS, SWORN

15                    DIRECT EXAMINATION

16   BY MR. FELD:

17   Q.  Can you tell the jury between what dates were you employed

18   at Mitchell's Lawn Services.

19   A.  Okay.  I worked there for a week, and then Mitchell told me

20   that Adrienna was very jealous and having problems and he

21   wanted me to not come back.  Then he called me, and I worked

22   for a full year from June 2006 through July 2007.

23   Q.  It was about 12 months that you worked there?

24   A.  Yes.

25   Q.  Continuously?

1   A.   Continuously.

2   Q.   During that second period of employment, how many days a

3   week would you ordinarily work?

4   A.   Five days per week.

5   Q.   Which five days?

6   A.   Monday through Friday generally.

7   Q.   Did you ever work on Saturdays?

8   A.   Occasionally.

9   Q.   When you came in each morning, what time would that be at?

10  A.   8:30.

11  Q.   Would you use a punch clock?

12  A.   Yes, I did.

13  Q.   What time would you ordinarily leave?

14  A.   There were times that I left at 5:00.  Most of the times I

15  left around 7:30 or 8:00.

16  Q.   Were there any specific days that you had to leave at 5:00?

17  A.   Not particularly.

18  Q.   Would you punch out at the end of each day?

19  A.   Yes, I did.

20  Q.   How much were you paid for your work at Mitchell's Lawn

21  Services?

22  A.   $15 per hour.  $12 with a check and $3 in cash.

23  Q.   Do you have any idea why you were paid part by check and

24  part by cash?

25  A.   He said Kelly would be intimidated if he found out I was

1   making $15 per hour.

2   Q.   What was Kelly's position at Mitchell's Lawn Maintenance?

3   A.   As far as I knew she was a bookkeeper.

4   Q.   Did you work in the same office?

5   A.   She sat in the middle office.  I sat in the front.

6   Q.   When you would leave each day 7:00, or 8:00, was Kelly

7   still there?

8   A.   Sometimes she was.

9   Q.   Now, did Mitchell always tell you that you were paid by the

10  hour?

11  A.   He said I was salary when it was convenient for him.

12  Q.   What do you mean by that?

13  A.   If I missed a day, he would dock me the day.  But if I

14  worked overtime, he would write on my time card "salary."

15  Q.   Do you know where these time cards were stored when you

16  worked at Mitchell's Lawn Maintenance Corp.?

17  A.   When we came in, they were by the time clock.  After they

18  collected them, they were stored, and Mitchell would get them

19  back in the payroll the day we would get paid.

20  Q.   Sitting there today, do you know where these time cards

21  are?

22  A.   No, I do not.

23  Q.   There are some allegations made that you missed a period of

24  time of work during this twelve month period, is that true?

25  A.   I did not miss any time, only the first week that I came

GINSBERG - Direct

1  and he called and I returned.  It was the complete years.

2  Q.  On a daily basis, how long would you take for lunch?

3  A.  Approximately ten minutes at my desk.

4  Q.  During this lunch break were you working?

5  A.  We were answering the phones copies.

6  Q.  Were you performing any paper works while you were eating

7  lunch?

8  A.  No, just answering the phones.

9  Q.  Would Mr. Igelko deduct any amount of time off your

10  paycheck for a lunch break each day?

11  A.  Yes, he did.

12  Q.  How much time did he deduct?

13  A.  Half an hour.

14  Q.  Every day?

15  A.  Every day.

16  Q.  Was this regardless of whether you took a lunch break or

17  not?

18  A.  Yes, that is correct.

19  Q.  How much did you deduct?

20  A.  Half an hour.

21  Q.  Did you ever take a half hour for lunch?

22  A.  Rarely.

23  Q.  Did there come a time that you complained to Mr. Igelko

24  about not receiving overtime payments?

25  A.  I did complain to him, but he was always too busy and never

1   had time.  So I sent him a fax to his house.

2   Q.  Did he respond with that fax?

3   A.  I made photo copies of all of my time cards.  His response

4   was that I wasted a lot of paper on his company time.

5   Q.  Did you fear approaching him again in person as to not

6   being paid overtime?

7   A.  I did fear him because he was very rude to me.

8   Q.  How was he rude to you?

9   A.  He put cat poop under my desk, and he threw a frog at me.

10  He would make farting noises when I would walk to go get Edel

11  on the speaker.

12  Q.  Did he ever call you any derogatory names?

13  A.  The last day I was there, he called me a fat dirty pig.

14  Q.  Would he ever have you perform any sort of manual labor

15  purposefully when he saw you came dressed nice to work?

16  A.  Yes, he would send me in the back in the heat to count

17  T-Shirts.

18  Q.  What was the purpose of that?

19  A.  So I would get sweaty.

20  Q.  Now, there has been some talk about a camera system at

21  Mitchell's Lawn Maintenance, are you familiar with that?

22  A.  Yes.

23  Q.  How are you familiar with the camera system?

24  A.  When he would go home, he would watch us from the office,

25  and he had made comments about who had walked in through the

1  door.

2  Q.  How do you know he had access to the video camera through

3  his house?

4  A.  We all knew, at least the girls from the office.

5  Q.  How?

6  A.  He would send faxes "watch out for flying objects over your

7  head."  Different comments like he was joking.  He knew when

8  somebody walked into the office.

9  Q.  Did he ever call and ask what's that guy doing in that

10 area?

11 A.  Sometimes he would.

12 Q.  Now, who is the one that collected the time cards at the

13 end of each week?

14 A.  It could have been me, or it could have been Jayleen.

15 Q.  Who is the one that made the calculations as to what each

16 employee should be paid?

17 A.  Mitchell did that.

18 Q.  Did he do it for yourself?

19 A.  Everyone.

20 Q.  As well as the other four plaintiffs in this case?

21 A.  Yes.

22 Q.  Would he have, thereafter, returned those time cards back

23 to you?

24 A.  Not to me.  I believe to Kelly.

25 Q.  Were you involved at all in the issuing of payments to

1  employees for their wages?

2  A.  What I would do is when he had me write the checks, I would

3  just have him write the name and leave the amount blank.  When

4  he got the time card he would put in the amounts.

5  Q.  Did you ever have an opportunity to reviewed the time cards

6  after it went through the possession of Mr. Igelko?

7  A.  Usually, he would do that.

8  Q.  Did you ever notice any handwriting by Mr. Igelko on the

9  time cards?

10 A.  Yes.  He would make comments like on mine "salary."  He

11 would cross out or make, you know, comments.

12 Q.  How many hours do you believe you worked on average for a

13 week?

14 A.  Approximately between 47 and 48 hours.

15 Q.  Were you paid any overtime wages?

16 A.  No, because he told me I was salary.

17 Q.  Do you know approximately how many weeks you are claiming

18 overtime for?

19 A.  Approximately for about the year I was there, I believe.

20 Q.  Do you know how much you are asking the jury to award you

21 in this case?

22 A.  It's around $7,000.

23       MR. FELD:  One moment, Your Honor.

24 BY MR. FELD:

25 Q.  Was Mitchell careful to reconcile all customer checks with

1  invoices?

2  A.  I believe he was very careful.

3  Q.  Who was the one that would take those checks to the bank?

4  A.  At the time that I was there, I believe it was Mariano.

5  Q.  Does Mariano have a last name?

6  A.  I don't remember his last name.

7  Q.  Was there anyone else who took the checks to the bank?

8  A.  It could have been himself, Mitchell himself.

9  Q.  Do you see see Elsa Gelman in the courtroom?

10  A.  Yes, I do.

11  Q.  When you were there, did she perform any work?

12  A.  Not that I'm aware of.

13  Q.  Was she wheelchair-bound when she was at Mitchell's Lawn

14  Services?

15  A.  No, she was not.

16  Q.  Was it company policy not to pay the company employees

17  overtime?

18  A.  That was up to Mitchell.

19  Q.  What do you mean by that?

20  A.  He would decide if they would get paid overtime or not.

21  Q.  Did he pay overtime?

22  A.  Generally, no.

23  Q.  Do you know if he paid Elda Leon any overtime?

24  A.  I don't believe so.

25  Q.  Did he pay Kelly Phillips overtime?

```
 1   A.  I don't believe so.

 2   Q.  Was it Kelly Phillips that actually wrote out the checks

 3   determining what her rate of pay would be on a weekly basis?

 4   A.  No, it was either myself or Jayleen.

 5   Q.  But it was never Kelly herself while you worked there?

 6   A.  No, it was never Kelly.

 7              MR. FELD:  One moment.

 8   BY MR. FELD:

 9   Q.  During this time period that you were employed at

10   Mitchell's Lawn Maintenance, would you say you worked a minimum

11   of 45 to 57 hours a week?

12   A.  At least a minimum, yes.

13              MR. FELD:  Nothing further.

14              THE COURT:  Cross-examination.

15              MR. JOMARRON:  Yes, Your Honor.

16                      CROSS EXAMINATION

17   BY MR. JOMARRON:

18   Q.  Hello, Ms. Ginsberg.

19   A.  Hello.

20   Q.  I have just a few questions for you based on your

21   testimony.

22   A.  Okay.

23   Q.  Let's just get the camera issue out of the way.

24              When was the last time you worked there, 2007?

25   A.  2007 correct.
```

1  Q.  Which month was it?

2  A.  Approximately July.

3  Q.  So you would have no idea whether the cameras worked after

4  that?

5  A.  No, I would not.

6  Q.  Just one more question on that issue.  As you know, the

7  allegations regarding Kelly taking these records were in 2009,

8  so the cameras you would have no idea how to testify on that

9  issue --

10        MR. ZIDELL:  I would object to him entering questions

11  on the basis where there is no evidence.

12        THE COURT:  I am going to sustain it as to

13  argumentative.  She testified she last worked there July of

14  2007.  She has no idea whether the cameras worked after that.

15        MR. JOMARRON:  I will move on, Your Honor.

16  BY MR. JOMARRON:

17  Q.  Ms. Ginsberg, how much were you making per week?

18  A.  I was making $15 per hour.  $12 with a check, which I

19  believe was like $400 and change.  He would always pay me the

20  flat forty hours.  No overtime.

21        I guess if you take $15 and multiply that, you could

22  get what I was bringing home minus the taxes from the check.

23  Q.  Ms. Ginsberg, isn't it true that you were a part-time

24  employee and never worked forty hours?

25  A.  I was never part-time.  I always worked until 5:00 or

1  after.

2  Q.  Isn't it true you would leave early every day to go pick up

3  your son after school?

4  A.  No, I would never leave early.  My children lived a block

5  from the school and would walk home so I was a full-time

6  employee.

7  Q.  Ms. Ginsberg, isn't it true that your home is in

8  foreclosure right now?

9  A.  No, my home is not in foreclosure.  I did a modification

10  and everything is up to date.

11  Q.  Around the time the lawsuit was filed?

12  A.  No, my house is not in foreclosure.

13  Q.  Did you ever complain to Mr. Igelko for not being paid

14  overtime?

15  A.  Yes, I did.

16  Q.  Excuse me, for not being paid your minimum wage?

17  A.  I got paid more than minimum wage.

18  Q.  Why did you sue Mr. Igelko for not getting paid?

19  A.  My complaint is overtime, not minimum wage.

20  Q.  I am looking at your complaint, the amended complaint as a

21  matter of fact, there was even -- your attorney even fought for

22  your minimum wage claim in a motion for summary judgment.

23  There is a judgment against you denying you your claim for

24  minimum wage isn't, that right?

25  A.  I wasn't aware of that because I was making $15 an hour.  I

1   don't see why I would complain for minimum wage.

2   Q.  Did you not read your complaint before it was filed?

3   A.  I read my deposition.

4   Q.  What about your complaint, the lawsuit against Mr. Igelko

5   for minimum wage?

6   A.  I read my depo.  That's what we discussed prior.

7   Q.  Who is "we"?  If it's your attorney, I don't want to know

8   what you discussed.

9   A.  I have no idea what you are talking about.  My complaint is

10  overtime.

11  Q.  Your deposition was taken after the lawsuit for minimum

12  wage was filed, isn't that right?

13  A.  My lawsuit is for overtime.

14  Q.  Ms. Ginsberg, it's your testimony here today that you never

15  took a lunch break while you were working for Mr. Igelko, is

16  that right?

17  A.  I am not saying I never did, but I rarely did.

18  Q.  So was it inappropriate to deduct you your half hour lunch

19  break?

20  A.  If I left the office for thirty minutes, or I took thirty

21  minutes, it would be appropriate, but not if I only took ten

22  minutes and I was answering the phone.

23  Q.  How do you reconcile invoices?

24  A.  I wasn't the one to reconcile invoices.  I did accounts

25  payable and collection calls.

1   Q.  I am not asking if you did.  I am asking how do you?

2   A.  Usually, if you reconcile an invoice, you post the payment

3   that comes in and apply it towards that invoice.

4   Q.  What do you mean by posting?

5   A.  We used Quickbooks.  That wasn't my job there.  If you

6   receive a check, you would go ahead and apply it and give --

7   wipe out that invoice because you got payment, so it's no

8   longer due.

9   Q.  You are saying Mr. Igelko is the one that went on

10  Quickbooks and reconciled these invoices, is that your

11  testimony?

12  A.  I never said that.

13  Q.  I wrote down your direct examination.  I remember you

14  saying Mitchell would be careful to reconcile invoices?

15  A.  Do you see that in my depo, because I would like to see it.

16  Q.  We don't have to look at your deposition.  I think we will

17  rely on our memory as to whether you discussed that a minute a

18  go.

19         Your recollection is you don't remember if Mitchell

20  ever reconciled anything, is that right?

21  A.  That is correct.

22  Q.  Were you ever, at any point, the corporate representative

23  of Mitchell's Lawn Service?

24  A.  Never.

25  Q.  Are you aware of the policies of that company?

1  A.  Such as?

2  Q.  Overtime policies.

3  A.  Well, many times he didn't pay overtime.

4  Q.  Are you aware of the policy of the company?

5  A.  I wouldn't call that a policy.  I think that would be his

6  choice as an employer.

7  Q.  Mrs. Ginsberg, do you know the overtime policy of the

8  company?

9  A.  Generally there was no overtime paid.

10  Q.  It's a yes or no question, Ms. Ginsberg?  If there is a

11  policy or there isn't, do you know about it?

12  A.  I am not aware of anything as far as a policy.

13  Q.  All you know is whether you got paid, isn't that right?

14  A.  That's correct.

15  Q.  You wouldn't know what Ms. Phillips got paid or

16  Mr. Solorzano or Mr. Gonzalez, isn't that right?

17  A.  That is correct.

18  Q.  In fact, the company policy was for all employees to take

19  lunch, wasn't it?

20  A.  I don't know if it was, but we never did.

21  Q.  You were required to punch in and out, weren't you?

22  A.  Yes, we were required to.

23  Q.  Ms. Ginsberg, did you sue Mr. Igelko for retaliation?

24  A.  I tried to, but I did not -- it's not in this lawsuit.

25  Q.  But you tried to, isn't that right?

1  A.  Yes.

2  Q.  And it didn't work?

3  A.  I was told that I couldn't use it in this case.

4  Q.  Because you weren't fired?

5  A.  He verbally assaulted me.

6  Q.  Were you fired, Ms. Ginsberg?

7  A.  If someone calls you a dirty fat pig, I don't think anyone

8  would come back to work.

9  Q.  Ms. Ginsberg, I know what you would like the jury to hear,

10  I just want to know if you were fired.

11  A.  We had an altercation and I thought I was fired.

12  Q.  It's a yes or no question.

13  A.  Yes.

14  Q.  Even though today, as a matter of law, it has been

15  determined that you were not fired?

16  A.  I guess it depends on who was making the determination.

17        MR. JOMARRON:  No further questions.

18        THE COURT:  Redirect, Mr. Feld.

19                REDIRECT EXAMINATION

20  BY MR. FELD:

21  Q.  Ms. Ginsberg, did your retaliation claim have anything to

22  do with you being fired?

23  A.  Not at all.

24  Q.  It was regarding Mr. Igelko pursuing a claim against you

25  and showing up at your place of work years after your --

1        MR. JOMARRON:  Objection.

2        THE COURT:  Sustained.

3  BY MR. FELD:

4  Q.  Did Mr. Igelko have some of his employees show up at your

5  current place of business?

6  A.  Anita.

7  Q.  That was after this lawsuit was filed, correct?

8  A.  Yes.

9  Q.  Why did she show up to your place of business?

10  A.  She did and so did he, saying that I owed him money.

11  Q.  Why did he claim that you owed him money?

12  A.  He claimed that I owed him money because he found out I was

13  filing a lawsuit, and he was try to intimidate me with my new

14  employer.

15  Q.  Did he claim that he had loaned a relative of yours money?

16  A.  It was my husband.

17  Q.  How old was that loan before you filed a lawsuit against

18  him?

19  A.  About two years I believe.

20  Q.  Did he bring up that loan in the two years between that

21  loan being made and he filing the lawsuit, did he ever mention

22  that to you?

23  A.  No.

24  Q.  Your claim has nothing to do with your termination,

25  correct?

1  A.  Correct.

2  Q.  Your retaliation was based solely on Mr. Igelko harassing

3  you for filing this lawsuit, correct?

4  A.  Correct.

5          MR. JOMARRON:  Leading, Your Honor.

6          THE COURT:  Sustained.

7  BY MR. FELD:

8  Q.  Now, I brought up earlier and counsel asked you some

9  questions regarding having thirty minutes deducted from your

10 lunch every day, do you remember that?

11 A.  Yes.

12 Q.  This was done regardless of whether you took a lunch break

13 or not, correct?

14 A.  Yes.

15 Q.  Are you aware under the law that any breaks less than

16 twenty minutes --

17         MR. JOMARRON:  Your Honor, is he asking a question of

18 a fact witness, Your Honor.  Objection.

19         THE COURT:  Sustained.

20 BY MR. FELD:

21 Q.  How often -- how much do you estimate that Mr. Igelko was

22 taking off your paycheck each week for the lunch breaks you did

23 not take?

24         MR. JOMARRON:  Your Honor, assuming facts not in

25 evidence.

1          THE COURT:  Overruled.

2          THE WITNESS:  May I answer?

3          MR. FELD:  Yes.

4          THE WITNESS:  Half an hour a day for five days a week.

5    BY MR. FELD:

6    Q.  If you were being paid 15 an hour, was he deducting $7.50

7    for each half hour --

8          MR. JOMARRON:  Objection, confusing.

9    BY MR. FELD:

10   Q.  Would it be fair to say he took off $7.50 for a lunch break

11   every day?

12   A.  I believe so.

13         MR. FELD:  Nothing further, Your Honor.

14         THE COURT:  Any recross Mr. Jomarron?

15         MR. JOMARRON:  Yes, Your Honor, briefly.

16                    CROSS EXAMINATION

17   BY MR. JOMARRON:

18   Q.  Ms. Ginsberg, isn't it true that your role at the office

19   every day was to go buy lunch for the entire office?

20   A.  Not true at all.

21   Q.  Not true today?

22   A.  Not true ever.

23   Q.  In fact, it took you a lot longer than a half hour to go

24   get lunch for everybody?

25   A.  The only time that I got lunch was when Mitchell would send

1    me to the Hammocks, to the tag agency.  There was a chicken

2    wing place right there.  We would order it ahead.  That was the

3    only time that I would pick it up.  We would go to the tag

4    agency approximately once every four months whenever it was

5    needed.

6    Q.  You are saying once during the whole year?

7    A.  No, I just said once every four months.  Calculate that.

8    Q.  Isn't it true that when you and your husband needed this

9    loan, Mr. Igelko let you borrow $10,000?

10   A.  It was not $10,000.  It was $1,500, and it was to my

11   husband.

12   Q.  As a matter of fact, you still owe Mr. Igelko $2,000?

13   A.  I do not owe him anything.

14          MR. JOMARRON:  No further questions.

15          THE COURT:  Do any of the members of the jurors have

16   any questions for Ms. Ginsberg?  Okay.

17          Thank you, Ms. Ginsberg you may be seated.

18                    ***********************

19          THE COURT:  Good afternoon.  Please be seated.

20   Mr. Zidell, call your next witness.

21          MR. ZIDELL:  We call Luis Solorzano.

22          COURTROOM DEPUTY:  Do you solemnly swear the testimony

23   you are about to give will be the truth, the whole truth and

24   nothing but the truth so help you God?

25          [Sworn and testifies in Spanish through Interpreter]

SOLORZANO - Direct

1      THE WITNESS:  I do.

2      COURTROOM DEPUTY:  Please state your full name for the

3  record and spell your name for the record.

4      THE WITNESS:  Yes, I do.  Luis Solorzano,

5  S-o-l-o-r-z-a-n-o.

6      LUIS SOLORZANO, PLAINTIFF'S WITNESS, SWORN

7      DIRECT EXAMINATION

8  BY MR. ZIDELL:

9  Q.  Mr. Solorzano, can you tell the jury where you are from and

10  how old you are.

11  A.  I am from El Salvador.  I am 34 years of age.

12  Q.  When did you first start working at Mitchell's companies?

13  A.  January 2005.

14  Q.  Until when?

15  A.  2009, December 17.

16  Q.  Did you have any other job besides working for Mitchell's

17  the 5th of January 2005 through December 17, 2009?

18  A.  Okay.

19  Q.  How much, or what did you do for Mitchell's during this

20  time period?  What was your job?

21  A.  Trimming trees.

22  Q.  Is that all that you did for all of this time at Mitchell's

23  is trimming trees?

24  A.  Yes.

25  Q.  And how were you paid during this time period?  Was it by

1   the hour or some other method?

2   A.   Per hour.

3   Q.   How much did Mitchell pay you per hour to work as a tree

4   trimmer for this company?

5   A.   $14.

6   Q.   Okay.   Now, how many hours a week did you work for Mitchell

7   and his companies during this time period?

8   A.   For Mitchell, 48 hours.

9   Q.   Did you always work at least 48 hours a week during this

10  entire time period that you have articulated?

11  A.   Yes.

12  Q.   Tell the jurors what your normal workday consisted of.

13  First of all, how many days a week did you work during that

14  time period?

15  A.   From 6:45 to 4:30, 5:30.

16  Q.   What time would you normally arrive at Mitchell's in the

17  morning before going to a drive site?

18  A.   6:45

19  Q.   Would you immediately go to the job site, or did you do

20  something before that at Mitchell's.

21  A.   We would punch in.   We would load the tools and we would

22  leave for the job.

23  Q.   And who was traveling in your truck during this time period

24  with you?

25  A.   A cousin of mine by the name of Alfredo was working with

1   me.

2   Q.  And who was driving the truck?

3   A.  I did.

4   Q.  So it was just you and Alfredo that was driving Mitchell's

5   truck to the drive site each morning?

6   A.  Yes, correct.

7   Q.  Did you leave Mitchell's at 6:45 each morning to go to the

8   job site?

9   A.  Yes.

10  Q.  What time would you normally get back to Mitchell's at the

11  end of the workday from the last job site?

12  A.  4:30.  5:30.

13  Q.  Was it between 4:30 and 5:30 each day that you used to get

14  back to Mitchell's?

15  A.  Yes, correct.

16  Q.  What would you do when you got back to Mitchell's at 4:30

17  to 5:30 each afternoon?

18  A.  Park the truck, unload the tools and punch out and leave.

19  Q.  Did you punch in and out each and every single day that you

20  worked for Mitchell's as a tree trimmer during this time

21  period?

22  A.  Yes, correct.

23  Q.  When you say that Mitchell was paying you $14 an hour, how

24  did he pay you by check or by cash or both?

25  A.  By check.

SOLORZANO - Direct

1  Q.  Did he pay you any amount in cash?

2  A.  Yes.

3  Q.  How much was he paying you in cash?

4  A.  32 hours -- Oh, no, by check, 32 hours.

5  Q.  And the rest was being paid how?

6  A.  Cash.

7  Q.  Were all of those hours based on $14 per hour?

8  A.  Yes, correct.

9  Q.  Now, how many weeks are you claiming -- first, did Mitchell

10  ever pay you overtime for any of the hours that you ever worked

11  in excess of forty hours weekly?

12  A.  Overtime was not customary.

13  Q.  Did Mitchell ever pay you overtime, that is, time and a

14  half for any of the hours that you worked in excess of forty

15  hours weekly?

16  A.  No.

17  Q.  How many weeks are you claiming that Mitchell owes you

18  overtime for in this particular case?

19  A.  How many hours?

20  Q.  Yes.  In other words, how many weeks are you claiming that

21  he owes you overtime for?

22  A.  121 weeks.

23  Q.  How much are you claiming that he owes you per hour in

24  overtime for the extra eight hours each week that you worked

25  there overtime?

1          MR. ZIDELL:  I am going to request a retranslation.

2          INTERPRETER:  $6,767.

3   BY MR. ZIDELL:

4   Q.  How much are you claiming that Mitchell owes you per hour

5   for the overtime that you are claiming?

6   A.  How much money?

7   Q.  Yes, how much per hour?

8   A.  Oh, per hour.  Oh.  $7.

9   Q.  Is that the half time that you should have gotten that you

10  never got from him?

11  A.  Yes, correct.

12  Q.  Okay, when you multiply the $7 an hour by the 8 overtime

13  hours per week, multiplied by the 121 weeks, how much are you

14  claiming that Mitchell owes you in overtime?

15  A.  $6,776.

16  Q.  Now, do you know whether Mitchell ever paid taxes on the

17  cash payments that he was paying you each week for all of the

18  hours that you worked above 32 hours for the time period that

19  you just articulated?

20  A.  No.

21  Q.  No, you don't know, or no, he didn't pay those taxes?

22  A.  I do not know whether he paid it.

23  Q.  Okay, and did he give you a receipt at the end of the year

24  with how much wages he was declaring that you made working for

25  him?

 1   A.   Yes.

 2   Q.   Did that receipt include all of the cash payments that you

 3   received from him each and every week that you worked there?

 4   A.   No.

 5          MR. ZIDELL:   I don't have anything further.   Thank

 6   you.

 7          MR. JOMARRON:   Just a moment, Your Honor.

 8          THE COURT:   Okay.

 9                         CROSS EXAMINATION

10   BY MR. JOMARRON:

11   Q.   Hello, Mr. Solorzano.

12   A.   Very well.

13   Q.   Mr. Solorzano, during your direct examination you testified

14   that you were claiming 121 weeks?

15   A.   Yes.

16   Q.   Please explain to us how you arrived at that number.

17   A.   By figuring it out myself.

18   Q.   So can you explain to us how you figured it out.

19   A.   Like this, I used my hands, counting with my fingers.

20   Q.   Mr. Solorzano, do you understand that it's your burden of

21   proof here today?

22   A.   Yes.

23   Q.   I need to know, the jury needs to know how you calculated

24   121 weeks, Mr. Solorzano?

25   A.   By figuring it out.   It came to 121 weeks.

1  Q.  I am going to try to help you, is that all right?  Is that
2  all right, Mr. Solorzano?
3  A.  Yes.
4  Q.  Okay.  Now, are you aware that you are not allowed to claim
5  overtime for more than two years from the date you filed your
6  complaint because you took so long to claim it?
7         MR. ZIDELL:  I would object as an incorrect statement
8  of the law and an improper legal question.
9         THE COURT:  Sustained.  It calls for a legal
10 conclusion.  You can go over what dates he counted from, but in
11 terms of the two-year period of the statute of limitations, as
12 you know, that depends on whether there is a finding of
13 willfulness and it would go back three years.
14        MR. JOMARRON:  I was going to get there.  I didn't
15 mean to mislead the jury.
16        THE COURT:  But that's nothing that he needs to be
17 concerned about.  Just limit yourself to the facts.
18        MR. JOMARRON:  I understand, Your Honor.
19        THE COURT:  I am not implying that you were attempting
20 to mislead the jury.  He is not a lawyer.  He is not
21 responsible for knowing the law.  You just need to stick to the
22 facts.
23        MR. JOMARRON:  Understood.
24 BY MR. JOMARRON:
25 Q.  Mr. Solorzano, would you agree that there are 52 weeks in a

1    year?

2    A.  I am not aware of how many weeks there are.

3    Q.  Okay, Mr. Solorzano, I understand.

4         Do you remember having an injury on the job?

5    A.  Yes.

6    Q.  How many months were you off, if any?

7    A.  Three, four months.

8    Q.  Mr. Solorzano, wasn't it six to seven months?

9    A.  Not that I recall.

10   Q.  And during that entire time you were receiving workers'

11   compensation benefits, weren't you?

12   A.  Yes, correct.

13   Q.  From Mitchell's Lawn Service?

14   A.  Yes, correct.

15   Q.  Mr. Solorzano, you testified during your direct examination

16   that you stated you were never paid overtime, is that right?

17   A.  Yes.

18   Q.  And you also stated that you always worked 48 hours?

19   A.  Yes.

20   Q.  Did you punch in and out at Mitchell's Lawn?

21   A.  Yes, correct.

22   Q.  Mr. Solorzano, isn't it true that at least on one occasion

23   you worked 38 and a half hours a week?

24   A.  Not that I recall.

25        MR. JOMARRON:  Your Honor, may I approach the witness

1   to refresh his recollection?

2           MR. ZIDELL:  Judge, this goes to what the Court has

3   already ruled.

4           MR. JOMARRON:  He said he can't remember, Your Honor.

5           THE COURT:  He can show him anything he wants to

6   refresh his recollection.  We are not admitting any exhibits.

7   We are not publishing any exhibits.

8           Translator, you need to translate, please.

9           INTERPRETER:  I'm sorry.

10          THE COURT:  You can show him any exhibit that you want

11  to refresh his recollection because, obviously, his testimony

12  is subject to penalties of perjury.  If it's incorrect, he

13  needs to have the ability to correct it.  Nothing is being

14  admitted at this time.  He is not to publish anything from the

15  exhibit because it is not admitted, either the attorney or the

16  witness.

17          MR. JOMARRON:  Understood, Your Honor.

18          Your Honor, with your permission, may I approach the

19  witness?

20          THE COURT:  Yes.

21  BY MR. JOMARRON:

22  Q.  Mr. Solorzano, please take a look at the document I just

23  handed you.

24          THE COURT:  For purposes of the record, does it have

25  an exhibit number?

1          MR. JOMARRON:  Yes, Defense Exhibits 10 from Exhibit

2     23.

3          THE COURT:  Exhibit 23, number 10.

4          THE WITNESS:  Yes, I am looking at it.

5     BY MR. JOMARRON:

6     Q.  Can I have the document back?  Thank you.

7          Mr. Solorzano, do you now remember working only 38 and

8     a half hours one week?

9     A.  Perhaps some week when it rained.

10    Q.  Just one week, Mr. Solorzano?

11    A.  I do not recall.

12    Q.  Do you remember another week where back-to-back weeks you

13    worked 32 and a half hours and 35 and three quarters of an

14    hour, do you remember that, Mr. Solorzano?

15    A.  No, I do not recall.

16         MR. JOMARRON:  Your Honor, may I approach the witness

17    again?

18         THE WITNESS:  It's been a long time.

19         THE COURT:  Yes, you can approach but identify by

20    number so we have a record of what you are showing him.

21         MR. JOMARRON:  Defendant's 16, Exhibit 23.

22    BY MR. JOMARRON:

23    Q.  Mr. Solorzano, please take a look at this document.  And

24    the back of it too, Mr. Solorzano.  Mr. Solorzano, do you not

25    remember working two weeks where one week you worked 32 and a

1  half hours and another week you worked 35 and a half hours?

2  A.  No, I do not recall.

3          MR. JOMARRON:  May I approach, Your Honor, again with

4  Defendant's 16, Exhibit 23?

5          THE COURT:  Yes.

6  BY MR. JOMARRON:

7  Q.  Mr. Solorzano, please take a look at Defendant's Exhibit

8  23, bates number 16, front and back.  Is that not your name in

9  your handwriting written on both sides?

10  A.  This side yes, but this side no.

11  Q.  Okay.  Thank you, Mr. Solorzano.

12          Mr. Solorzano, do you remember working a week, 26 and

13  a half hours and another week 37 and a half hours?

14  A.  The thing is I do not remember.  It has been a long time.

15          MR. JOMARRON:  Your Honor, may I approach the witness

16  to refresh his recollection?

17          THE COURT:  Yes.  What are you showing him?

18          MR. JOMARRON:  This is Defendant's Exhibit 23, bates

19  number 30.

20          THE WITNESS:  I do not recall.

21  BY MR. JOMARRON:

22  Q.  Mr. Solorzano, is that your name on that document in your

23  handwriting?

24  A.  That's not my handwriting.

25  Q.  Mr. Solorzano, do you remember a week working 45 and 3

1   quarters of an hour?

2   A.  No, no, I do not recall because it's a long time.  Imagine

3   how many years have gone by.

4   Q.  Well, Mr. Solorzano, you just testified during your direct

5   examination that you were working 48 hours every week.  Now you

6   don't remember?

7   A.  Yes, because it's a number, you know.  There is where I

8   maintained my work.  That's why.

9          INTERPRETER:  Your Honor, the interpreter would like

10  to change the last answer to read instead.  "That's a number

11  that I would maintain working."

12         THE COURT:  Okay.

13         MR. JOMARRON:  Your Honor, may I approach the witness

14  to attempt to refresh his recollection once again?

15         THE COURT:  Yes.

16  BY MR. JOMARRON:

17  Q.  Mr. Solorzano, I just handed you Defendant's Exhibit 23,

18  bates number 21.  Does that refresh your recollection,

19  Mr. Solorzano, regarding the fact that you worked one week 41

20  hours and another week 45 and 3 quarters of an hour?

21  A.  I do not remember that.

22  Q.  Mr. Solorzano, handing you a different version of the same

23  exhibit to help you refresh your recollection.

24         THE COURT:  For the record, what are you showing him?

25         MR. JOMARRON:  Defendant's 21, Exhibit 23.

1    THE WITNESS:  Truly, I do not recognize it.  I do not

2    remember any of this.

3    BY MR. JOMARRON:

4    Q.  But you do remember working 48 hours every week, right?

5    A.  Yes, because I would always maintain myself within that.

6    THE COURT:  I don't understand what you mean when you

7    say you maintained yourself.  Can you explain that.

8    THE WITNESS:  That would be every week.  Every week I

9    would make 48 hours.

10   BY MR. JOMARRON:

11   Q.  Do you remember what color Mitchell's Lawn Maintenance pay

12   stubs were?

13   A.  No, no.

14   MR. JOMARRON:  I will attempt to refresh his

15   recollection again, Your Honor.

16   THE COURT:  What number?

17   MR. JOMARRON:  Defendant's 23, bates number 19.

18   THE WITNESS:  I am not sure.

19   BY MR. JOMARRON:

20   Q.  Mr. Solorzano, your address or was 23435 Southwest 127th

21   Avenue, Princeton, Florida, isn't that right?

22   A.  I do not remember because I moved out.  I moved out from

23   there.  So when you move out, you leave that address and you

24   take on another one.

25   Q.  Do you ever remember living on 127th Avenue?

1  A.  I do remember the avenue, but --

2  Q.  Now, you did testify earlier today you were never paid

3  overtime, is that right?

4  A.  He never paid me.

5  Q.  I'm sorry, I did it again.

6          THE COURT:  Translation was?

7          INTERPRETER:  "He never paid me."

8  BY MR. JOMARRON:

9  Q.  Mr. Solorzano, isn't it true that the pay stub that you are

10  holding in your hand --

11          THE COURT:  Remember, we are not publishing the

12  exhibits.

13          MR. JOMARRON:  A brief side bar, Your Honor?

14          THE COURT:  Actually, I am going to let the jury go

15  home because it's 5:00.  That way we don't need a side bar.

16          ****************************

17              C E R T I F I C A T E

18      I hereby certify that the foregoing is an accurate

19  transcription of proceedings in the above-entitled matter.

20

21  JULY 8, 2012          /S/  ROBIN MARIE DISPENZIERI
   _____         _____
22   DATE FILED            ROBIN MARIE DISPENZIERI, RPR
                           Official Federal Court Reporter
23                         United States District Court
                           400 No. Miami Ave., Ste. 8S67
24                         Miami, FL  33128 - 305/523-5659
                           Email:  robinc1127@aol.com
25

**A**

ability 31:13
about 4:7,23 7:24 8:20,25 10:19 15:4 15:9 17:11 19:19 22:23 29:17
above 27:18
above-entitled 36:19
access 9:2
accounts 15:24
accurate 36:18
actually 12:2 36:14
address 35:20,23
admitted 31:14,15
admitting 31:6
Adrienna 4:20
after 6:17 10:6 13:3,14 14:1,3 15:11 18:25 19:7
afternoon 22:19 25:17
again 8:5 32:17 33:3 34:14 35:15 36:5
against 14:23 15:4 18:24 19:17
age 23:11
agency 22:1,4
ago 16:18
agree 29:25
ahead 16:6 22:2
ALBERTO 1:21
Alfredo 24:25 25:4
allegations 6:23 13:7
allowed 29:4
already 31:3
altercation 18:11
always 6:9 7:25 13:19,25 24:9 30:18 35:5
amended 14:20
amount 7:9 10:3 26:1
amounts 10:4
ANDREA 1:14
Anita 19:6
another 32:12 33:1,13 34:20 35:24
answer 21:2 34:10
answering 7:5,8 15:22
anyone 11:7 18:7
anything 16:20 17:12 18:21 22:13 28:5 31:5,14
APPEARANCES 1:15
apply 16:3,6
approach 30:25 31:18 32:16,19 33:3 33:15 34:13
approaching 8:5
appropriate 15:21
approximately 7:3 10:14,17,19 13:2 22:4
area 9:10
argumentative 13:13
around 5:15 10:22 14:11
arrive 24:16
arrived 28:16
articulated 24:10 27:19
asked 20:8
asking 10:20 16:1,1 20:17
assaulted 18:5
assuming 20:24
attempt 34:14 35:14
attempting 29:19
attorney 14:21 15:7 31:15
Ave 2:3 36:23
avenue 35:21,25 36:1
average 10:12
award 10:20
aware 11:12 14:25 16:25 17:4,12 20:15 29:4 30:2
A.M 1:10

**B**

back 4:21 6:19 8:16 9:22 18:8 25:10 25:14,16 29:13 32:6,24 33:8
back-to-back 32:12
bank 11:3,7
bar 36:13,15
based 12:20 20:2 26:7
basis 7:2 12:3 13:11
bates 33:8,18 34:18 35:17
Beach 1:19
before 1:14 15:2 19:17 24:17,20
being 8:6 14:13,16 18:22 19:21 21:6 26:5 31:13
believe 9:24 10:12,19 11:2,4,24 12:1 13:19 19:19 21:12

**C**

C 36:17,17
Calculate 22:7
calculated 28:23
calculations 9:15
call 4:3 8:12 9:9 17:5 22:20,21
called 4:21 7:1 8:13
calls 15:25 18:7 29:9
came 5:9 6:17,25 8:15 28:25
camera 8:20,23 9:2 12:23
cameras 13:3,8,14
card 6:14 10:4
cards 6:15,20 8:3 9:12,22 10:5,9
careful 10:25 11:2 16:14
case 1:3 9:20 10:21 18:3 26:19
cash 5:22,24 25:24 26:1,3,6 27:17 28:2
cat 8:9
Certificate 3:11
certify 36:18
change 13:19 34:10
check 5:22,23 13:18,22 16:6 25:24,25 26:4
checks 10:2,25 11:3,7 12:2
chicken 22:1
children 14:4
choice 17:6
CITATION 3:16
claim 14:22,23 18:21,24 19:11,15,24 29:4,6
claimed 19:12
claiming 10:17 26:9,17,20,23 27:4,5 27:14 28:14
clock 5:11 6:17
collected 6:18 9:12
collection 15:25
color 35:11
come 4:21 7:23 18:8
comes 16:3
comments 8:25 9:7 10:10,11
companies 23:12 24:7
company 8:4 11:16,16 16:25 17:4,8,18 24:4
compensation 30:11
complain 7:25 14:13 15:1
complained 7:23
complaint 14:19,20,20 15:2,4,9 29:6
complete 7:1
concerned 29:17
conclusion 29:10
CONFERENCE 3:19
confusing 21:8
consisted 24:12
CONTENTS 3:1
Continuously 4:25 5:1
convenient 6:11
copies 7:5 8:3
Corp 6:16
corporate 16:22
correct 7:18 12:25 16:21 17:14,17 19:7,25 20:1,3,4,13 25:6,15,22 26:8 27:11 30:12,14,21 31:13
counsel 20:8
count 8:16
counted 29:10
counting 28:19

benefits 30:11
besides 23:16
between 4:17 10:14 19:20 25:13
Biscayne 1:23
blank 10:3
block 14:4
Blvd 1:23
bookkeeper 6:3
borrow 22:9
both 25:24 33:9
break 7:4,10,16 15:15,19 20:12 21:10
breaks 20:15,22
brief 36:13
briefly 21:15
bring 19:20
bringing 13:22
brought 20:8
burden 28:20
business 19:5,9
busy 7:25
buy 21:19

**D**

daily 7:2
DANIEL 1:17,21
DanielFeld.Esq@Gmail.com 1:19
date 14:10 29:5 36:22
dates 4:17 29:10
day 5:18 6:6,13,13,19 7:10,14,15 8:13 14:2 20:10 21:4,11,19 25:13,19
days 5:2,4,5,16 21:4 24:13
December 23:15,17
decide 11:20
declaring 27:24
deduct 7:9,12,19 15:18
deducted 20:9
deducting 21:6
Defendants 1:11,20
Defendant's 32:21 33:4,7,18 34:17,25 35:17
Defense 32:1
denying 14:23
depends 18:16 29:12
depo 15:6 16:15
deposition 15:3,11 16:16
DEPUTY 4:6,10 22:22 23:2
derogatory 8:12
Description 3:14
Descriptions 3:20
desk 7:3 8:9
despinosa@jtrial.com 1:24
determination 18:16
determined 18:15
determining 12:3
different 9:7 34:22
direct 3:4,9 4:15 16:13 23:7 28:13 30:15 34:4
dirty 8:13 18:7
discussed 15:6,8 16:17
DISPENZIERI 2:1 36:21,22
District 1:1,1 2:2 36:23
DIVISION 1:2
dock 6:13
document 31:22 32:6,23 33:22
doing 9:9
done 20:12
door 9:1
down 16:13
dressed 8:15
drive 24:17 25:5
driving 25:2,4
due 16:8
during 5:2 6:24 7:4 12:9 22:6 23:19 23:25 24:7,9,13,23 25:20 28:13 30:10,15 34:4

**E**

E 36:17,17
each 5:9,18 6:6 7:10 9:13,15 20:22 21:7 25:5,7,13,17,19 26:24 27:17 28:3
earlier 20:8 36:2
early 14:2,4
eating 7:6
Edel 1:5 8:10
eight 26:24
either 12:4 31:15
El 23:11
Elda 11:23
Elsa 11:9
Email 11:19,24 2:4 36:24
employed 4:17 12:9
employee 9:16 13:24 14:6
employees 10:1 11:16 17:18 19:4
employer 17:6 19:14
employment 5:2

Court 1:1 2:2,2 4:3,5,13 12:14 13:12 18:18 19:2 20:6,19 21:1,14 22:15 22:19 28:8 29:9,16,19 31:2,5,10,20 31:24 32:3,19 33:5,17 34:12,15,24 35:6,16 36:6,11,14,22,23
courtroom 4:6,10 11:9 22:22 23:2
cousin 24:25
cross 10:11 12:16 21:16 28:9
Cross-Examination 3:5,7,10 12:14
current 19:5
customary 26:12
customer 10:25

**F**

F 36:17
fact 14:21 17:18 20:18 21:23 22:12 34:19
facts 20:24 29:17,22
fair 21:10
familiar 8:21,23
far 6:3 17:12
fat 8:13 18:7
fax 8:1,2
faxes 9:6
fear 8:5,7
Federal 2:2 36:22
Feld 1:17 3:4,6 4:13,16 10:23,24 12:7 12:8,13 18:18,20 19:3 20:7,20 21:3 21:5,9,13
few 12:20
figured 28:18
figuring 28:17,25
filed 14:11 15:2,12 19:7,17 29:5 36:22
filing 19:13,21 20:3
finding 29:12
fingers 28:19
fired 18:4,6,10,11,15,22
first 6:25 23:12 24:13 26:9
five 5:4,5 21:4
FL 1:19,23 2:3 36:24
flat 13:20
Florida 1:1,9 35:21
flying 9:6
foreclosure 14:8,9,12
foregoing 36:18
forty 13:20,24 26:11,14
fought 14:21
found 5:25 19:12
four 9:20 22:4,7 30:7
Friday 1:10 5:6
frog 8:9
from 4:22 8:24 9:4 13:22 14:5 20:9 23:9,11 24:15 25:11 27:10 28:3 29:5,10 30:13 31:14 32:1 35:22
front 6:5 33:8
full 4:22 23:2
full-time 14:5
further 12:13 18:17 21:13 22:14 28:5

**G**

Gelman 11:9
generally 5:6 11:22 17:9
getting 14:18
Ginsberg 1:6,13 3:3 4:4,5,12,14 12:18 13:17,23 14:7 15:14 17:7,10,23 18:6,9,21 21:18 22:16,17
girls 9:4
give 4:7 16:6 22:23 27:23
go 8:10,24 14:2 16:6 21:19,23 22:3 24:19 25:7 29:10,13 36:14

end 5:18 9:13 25:11 27:23
entering 13:10
entire 4:17 24:10 30:10
ESPINOSA 1:21
Espinosa/Jomarron 1:22
ESQ 1:17,17,21,21,22
estimate 20:21
even 14:21,21 18:14
ever 5:7 7:21 8:12,14 9:9 10:5,8 14:13 16:20,22 19:21 21:22 30:18 27:16 35:25
every 7:14,15 14:2 20:10 21:11,19 22:4,7 25:19 28:3 34:5 35:4,8,8
everybody 21:24
Everyone 9:19
everything 14:10
evidence 3:13 13:11 20:25
examination 3:4,6,9 4:15 12:16 16:13 18:19 21:16 23:7 28:9,13 30:15 34:5
Excerpt 1:11 4:1
excess 26:11,14
Excuse 14:16
exhibit 31:10,15,25 32:1,3,21 33:4,7 33:18 34:17,23,25
exhibits 3:12,13 31:6,7 32:1 36:12
explain 28:16,18 35:7
extra 26:24

**July 6, 2012**

**God** 4:8 22:24
**goes** 31:2
**going** 13:12 24:17 27:1 29:1,14 36:14
**gone** 34:3
**Gonzalez** 17:16
**Good** 22:19
**gotten** 27:9
**guess** 13:21 18:16
**guy** 9:9
**G-i-n-s-b-e-r-g** 4:12

**H**

**half** 7:13,20,21 15:18 21:4,7,23 26:14
    27:9 30:23 32:8,13 33:1,1,13,13
**Hammocks** 22:1
**hand** 36:10
**handed** 31:23 34:17
**handing** 34:22
**hands** 28:19
**handwriting** 10:8 33:9,23,24
**harassing** 20:2
**having** 4:20 20:9 30:4
**head** 9:7
**hear** 18:9
**heat** 8:16
**Hello** 12:18,19 28:11
**help** 4:8 22:24 29:1 34:23
**her** 12:3
**herself** 12:5
**him** 6:11 7:25 8:1,5,7 10:3 13:10
    19:10,11,12,18,22 23:17 27:10,25 28:3
    31:5,10 32:20 33:17 34:24
**himself** 11:8,8
**holding** 36:10
**home** 8:24 13:22 14:5,7,9 36:15
**Honor** 10:23 12:15 13:15 20:5,17,18
    20:24 21:13,15 28:7 29:18 30:25
    31:4,17,18 32:16 33:3,15 34:9,13
    35:1,13,13 34:5,20 35:4,9
**HONORABLE** 1:14
**hour** 5:22 6:1,10 7:13,20,21 13:18
    14:25 15:18 21:4,6,7,23 24:1,2,3
    25:23 26:7,23 27:4,7,8,12 32:14
    34:1,20
**hours** 10:12,14 12:11 13:20,24 24:6,8
    24:9 26:4,4,7,10,11,14,15,19,24
    27:13,18,18 30:18,23 32:8,13 33:1
    33:1,13,13 34:5,20 35:4,9
**house** 8:1 9:3 14:12
**husband** 19:16 22:8,11

**I**

**idea** 5:23 13:3,8,14 15:9
**Identification** 3:13
**identify** 32:19
**Igelko** 1:9 7:9,23 10:6,8 14:13,18 15:4
    15:15 16:9 17:23 18:24 19:4 20:2
    20:21 22:9,12
**III** 1:22
**Imagine** 34:2
**immediately** 24:19
**implying** 29:19
**improper** 29:8
**inappropriate** 15:2
**INC** 1:10
**include** 28:2
**incorrect** 29:7 31:12
**INDEX** 3:12
**injury** 30:4
**instead** 34:10
**interpreter** 22:25 27:2 31:9 34:9,9
    36:7
**intimidate** 19:13
**intimidated** 5:25
**invoice** 16:2,3,7
**invoices** 11:1 15:23,24 16:10,14
**involved** 9:25
**issue** 12:13 13:6,9
**issuing** 9:25

**J**

**JAIME** 1:17
**January** 23:13,17
**Jayleen** 9:14 12:10
**jealous** 4:20
**JESMANY** 1:21
**JJomarron@jtrial.com**

**job** 16:5 23:16,20 24:19,22 25:8,11
    30:4
**joking** 9:7
**Jomarron** 1:21 3:5,7,10 12:15,17
    13:15,16 18:17 19:1 20:5,17,24
    21:8,14,15,17 22:14 28:7,10 29:14
    29:18,23,24 30:25 31:4,17,21 32:1
    32:5,16,21,22 33:3,6,15,18,21 34:13
    34:16,25 35:3,10,14,16,17 36:8,13
**Judge** 1:14 31:2
**judgment** 14:22,23
**July** 1:10 4:22 13:2,13 36:21
**June** 4:22
**jurors** 22:15 24:12
**jury** 1:13 4:17 10:20 18:9 23:9 28:23
    29:15,20 36:14
**just** 7:8 10:3 12:20,23 13:6 18:10 22:7
    25:4 27:19 28:7 29:17,21 31:22
    32:10 34:4,17
**J.H** 1:18

**K**

**Kelly** 1:5 5:25 6:6 9:24 11:25 12:2,5,6
    13:7
**Kelly's** 6:2
**knew** 6:3 9:4,7
**know** 6:15,20 9:2 10:11,17,20 11:23
    13:6 15:7 17:7,11,13,15,20 18:9,10
    17:16,21,22 28:23,23 29:12 34:7
**knowing** 29:21

**L**

**labor** 8:14
**last** 8:13 11:5,6 12:24 13:13 25:11
    34:10
**law** 18:14 20:15 29:8,21
**Lawn** 1:10,10 4:18 5:20 6:2,16 8:21
    11:13 12:10 16:23 30:13 34:13
**lawsuit** 14:11 15:4,11,13 17:24 19:7
    19:13,17,21 20:3
**lawyer** 29:20
**Leading** 20:5
**least** 9:4 12:12 24:9 30:22
**leave** 5:13,16 6:6 10:3 14:2,4 24:22
    25:7,18 35:23
**left** 5:14,15 15:20
**legal** 29:8,9
**Leon** 1:5 11:23
**less** 20:15
**let** 29:16 36:14
**Let's** 12:23
**like** 9:7 10:10 13:19 16:15 18:9 28:19
    34:9
**limit** 29:17
**limitations** 29:11
**Line** 3:14,14,20
**lived** 14:4
**living** 35:25
**load** 24:21
**loan** 19:17,20,21 22:9
**loaned** 19:15
**long** 7:2 29:6 32:18 33:14 34:2
**longer** 16:8 21:23
**look** 16:16 31:22 32:23 33:7
**looking** 14:20 32:4
**lot** 8:4 21:23
**Louisa** 1:6,13 3:3 4:4,12,14
**Luis** 1:6,13 3:8 22:21 23:4,6
**lunch** 7:2,4,7,10,16,21 15:15,18 17:19
    20:10,12,22 21:10,19,24,25

**M**

**made** 6:23 8:3,25 9:15 19:21 27:24
**MAGISTRATE** 1:14
**maintain** 34:11 35:5
**maintained** 34:8 35:7
**Maintenance** 1:10,10 6:2,16 8:21
    12:10 35:11
**make** 8:10 10:10,11 35:9
**making** 6:1 13:17,18 14:25 18:16
**manual** 34:1
**many** 5:2 10:12,17 17:3 24:6,13 26:9
    26:17,19,20 30:2,6 34:3
**Mariano** 11:4,5
**MARIE** 2:1 36:21,22
**Marked**

**matter** 14:21 18:14 22:12 36:19
**may** 4:13 22:12 22:17 30:25 31:18
    32:16 33:3,15 34:13
**mean** 6:12 11:19 16:4 29:15 35:6
**members** 22:15
**memory** 16:17
**mention** 19:21
**method** 24:1
**Miami** 1:2,9,19,23 2:3,3 36:23,24
**microphone** 4:10
**middle** 6:5
**mine** 10:10 24:25
**minimum** 12:10,12 14:16,17,19,22,24
    15:1,5,11
**minus** 13:22
**minute** 16:17
**minutes** 7:3 15:20,21,22 20:9,16
**mislead** 29:15,20
**miss** 6:25
**missed** 6:13,23
**Mitchell** 1:9 4:19 6:9,18 9:17 10:25
    11:8,18 16:14,19 21:25 24:3,6,8
    25:23 26:9,13,17 27:4,14,16
**MITCHELLS** 1:10
**Mitchell's** 4:18 5:20 6:2,16 8:21 11:13
    12:10 16:23 23:12,16,19,22 24:16
    24:20 25:4,7,10,14,16,20 30:13,20
    35:11
**modification** 14:9
**moment** 10:23 12:7 28:7
**Monday** 5:6
**money** 19:10,11,12,15 27:6
**month** 6:24 13:1
**months** 4:23 22:4,7 30:6,7,8
**more** 13:6 14:17 29:5
**morning** 5:9 24:17 25:5,7
**Most** 5:14
**motion** 14:22
**move** 13:15 35:23
**moved** 35:22,22
**much** 5:20 7:12,19 10:20 13:17 20:21
    23:19 24:3 26:3,23 27:4,6,7,13,24
**multiplied** 27:13
**multiply** 13:21 27:12
**myself** 12:4 28:17 35:5
**M.I** 1:10

**N**

**name** 4:11 10:3 11:5,6 23:2,3 24:25
    33:8,22
**names** 8:12
**need** 28:23 29:21 31:8 36:15
**needed** 22:5,8
**needs** 28:23 29:16 31:13
**never** 7:25 12:5,6 13:24,25 14:4 15:14
    15:17 16:12,14 27:10 27:10 30:16
    36:2,4,7
**new** 19:13
**next** 4:3 22:20
**nice** 8:15
**noises** 8:10
**normal** 24:12
**normally** 24:16 25:10
**nothing** 4:7 12:13 19:24 21:13 22:24
    29:16 31:13
**notice** 10:8
**number** 28:16 31:25 32:3,20 33:8,19
    34:7,10,18 35:16,17

**O**

**object** 13:10 29:7
**Objection** 19:1 20:18 21:8
**objects** 9:6
**obviously** 31:11
**occasion** 30:22
**Occasionally** 5:8
**off** 7:9 20:22 21:10 30:6
**office** 6:4,5 8:24 9:4,8 15:20 21:18,19
**Official** 2:2 36:22
**often** 20:21
**Oh** 26:4 27:8,8
**Okay** 4:19 12:22 22:16 23:18 24:6
    27:12,23 28:8 29:4 30:3 33:11
    34:12
**old** 19:17 23:10
**once** 22:4,6,7 34:14

**one** 9:12,15 10:23 11:3 12:7 13:6
    15:24 16:9 30:22 32:8,10,25 34:19
    35:24
**only** 6:25 15:21 21:25 22:3 32:7
**opportunity** 10:5
**order** 22:2
**ordinarily** 5:3,13
**other** 9:20 23:16 24:1 26:20
**out** 5:18,25 9:6 10:11 12:2,23 16:7
    17:21 19:12 25:18,19 28:17,18,25
    30:20 35:22,22,23
**over** 9:6 29:10
**Overruled** 21:1
**overtime** 6:14 7:24 8:6 10:15,18 11:17
    11:20,21,23,25 13:20 14:14,19
    15:10,13 17:2,3,7,9 26:10,12,13,18
    26:21,24,25 27:5,12,14 29:5 30:16
    36:3
**owe** 22:12,13
**owed** 19:10,11,12
**owes** 26:17,21,23 27:4,14

**P**

**Page** 3:2,14,14,17,20
**paid** 5:20,23 6:9,19 8:6 9:16 10:15
    11:20,23 14:13,16,17,18 17:9,13,15
    21:6 23:25 26:5 27:16,22 30:16
    36:2,4,7
**paper** 7:6 8:4
**Park** 25:18
**part** 5:23,24
**particular** 26:18
**particularly** 5:17
**part-time** 13:23,25
**pay** 11:16,21,25 12:3 13:19 17:3 24:3
    25:24 26:1,10,13 27:21 35:11 36:9
**payable** 15:25
**paycheck** 7:10 20:22
**paying** 25:23 26:3 27:17
**payment** 16:2,7
**payments** 7:24 9:25 27:17 28:2
**payroll** 6:19
**penalties** 31:12
**per** 5:4,22 6:1 13:17,18 24:2,3 26:7,23
    27:4,7,8,13
**perform** 8:14 11:11
**performing** 7:6
**Perhaps** 32:9
**period** 5:2 6:23,24 12:9 23:20,25 24:7
    24:10,14,23 25:21 27:18 29:11
**perjury** 31:12
**permission** 31:18
**person** 8:5
**Phillips** 1:5 11:25 12:2 17:15
**phone** 15:22
**phones** 7:5,8
**photo** 8:3
**pick** 14:2 22:3
**pig** 8:13 18:7
**place** 18:25 19:5,9 22:2
**PLAINTIFF** 1:16
**plaintiffs** 1:7 4:14 9:20
**PLAINTIFF'S** 23:6
**please** 4:10 22:19 23:2 28:16 31:8,22
    32:23 33:7
**point** 16:22
**policies** 16:25 17:2
**policy** 11:16 17:4,5,7,11,12,18
**poop** 8:9
**position** 6:2
**possession** 10:6
**post** 16:2
**posting** 16:4
**Princeton** 35:21
**prior** 15:6
**problems** 4:20
**proceed** 4:13
**proceedings** 1:13 4:1 36:19
**proof** 28:21
**publish** 31:14
**publishing** 31:7 36:11
**punch** 5:11,18 17:21 24:21 25:18,19
    30:20
**purpose** 8:18
**purposefully** 8:15
**purposes** 31:24
**pursuing** 18:24

**put** 8:9 10:4
**P.A** 1:18

---
**Q**
---

**QUALITY** 1:10
**quarters** 32:13 34:1,20
**question** 13:6 17:10 18:12 20:17 29:8
**questions** 12:20 13:10 18:17 20:9
  22:14,16
**Quickbooks** 16:5,10

---
**R**
---

**R** 36:17
**RAFAEL** 1:22
**rained** 32:9
**rarely** 7:22 15:17
**rate** 12:3
**read** 15:2,3,6 34:10
**recall** 30:9,24 32:11,15 33:2,20 34:2
**receipt** 27:23 28:2
**receive** 16:6
**received** 3:13 28:3
**receiving** 7:24 30:10
**recognize** 35:1
**recollection** 16:19 31:1,6,11 33:16
  34:14,18,23 35:15
**reconcile** 10:25 15:23,24 16:2,14
**reconciled** 16:10,20
**record** 4:11 23:3,3 31:24 32:20 34:24
**records** 13:7
**recross** 21:14
**Redirect** 3:6 18:18,19
**refresh** 31:1,6,11 33:16 34:14,18,23
  35:14
**regarding** 13:7 18:24 20:9 34:19
**regardless** 7:16 20:12
**relative** 19:15
**rely** 16:17
**remember** 11:6 16:13,19 20:10 30:4
  31:4 32:7,12,14,25 33:12,14,25
  34:6,21 35:2,4,11,22,25 36:1,11
**REPORTED** 2:1
**Reporter** 2:2 36:22
**Reporter's** 3:11
**representative** 16:22
**request** 27:1
**required** 17:21,22
**respond** 8:2
**response** 8:3
**responsible** 29:21
**rest** 26:5
**retaliation** 17:23 18:21 20:2
**retranslation** 27:1
**returned** 7:1 9:22
**reviewed** 10:5
**right** 14:8,24 15:12,16 16:20 17:13,16
  17:25 22:2 29:1,2 30:16 35:4,21
  36:3
**ROBIN** 2:1 36:21,22
**robinc1127@aol.com** 2:4 36:24
**role** 21:18
**RPR** 2:1 36:22
**rude** 8:7,8
**ruled** 31:3
**rviega@jtrial.com** 1:25

---
**S**
---

**S** 36:21
**salary** 6:11,14 10:10,16
**Salvador** 23:11
**same** 6:4 34:22
**sat** 6:5,5
**Saturdays** 5:7
**saw** 8:15
**saying** 15:17 16:9,14 19:10 22:6
**school** 14:3,5
**seated** 22:17,19
**second** 5:2
**see** 11:9,9 15:1 16:15,15
**send** 8:16 9:6 21:25
**sent** 8:1
**Service** 16:23 30:13
**Services** 4:18 5:21 11:14
**seven** 30:8
**show** 19:4,9 31:5,10
**showing** 18:25 32:20 33:17 34:24
**side**

33:10,10 36:13,15
**SIDEBAR** 3:19
**sides** 33:9
**SIMONTON** 1:14
**single** 25:19
**site** 24:17,19 25:5,8,11
**Sitting** 22:18
**six** 30:8
**solely** 20:2
**solemnly** 4:6 22:22
**Solorzano** 1:6,13 3:8 17:16 22:21 23:4
  23:6,9 28:11,13,20,24 29:2,25 30:3
  30:8,15,22 31:22 32:7,10,14,23,24
  32:24 33:7,11,12,22,25 34:4,17,19
  34:22 35:20 36:9
**some** 6:23 8:20 19:4 20:8 24:1 32:9
**somebody** 9:7
**someone** 18:7
**something** 24:20
**Sometimes** 6:8 9:11
**son** 14:3
**sorry** 31:9 36:5
**sort** 8:14
**SOUTHERN** 1:1
**Southwest** 35:20
**Spanish** 22:25
**speak** 4:10
**speaker** 8:11
**specific** 5:16
**spell** 4:11 23:3
**stand** 4:5
**start** 23:12
**state** 4:11 23:2
**stated** 30:16,18
**statement** 29:7
**statute** 29:11
**Ste** 1:18 2:3 36:23
**Ste.305** 1:23
**stick** 29:21
**still** 6:7 22:12
**stored** 6:15,18
**Street** 1:18
**stub** 36:9
**stubs** 35:12
**subject** 31:12
**sue** 14:18 17:23
**summary** 14:22
**sure** 35:18
**sustain** 13:12
**Sustained** 19:2 20:6,19 29:9
**swear** 4:6 22:22
**sweaty** 8:19
**Sworn** 4:14 22:25 23:6
**system** 8:20,23
**S-o-l-o-r-z-a-n-o** 23:5

---
**T**
---

**T** 36:17,17
**TABLE** 3:1,16,19
**tag** 22:1,3
**take** 4:5 7:2,21 11:3 13:21 17:18 20:23
  31:22 32:23 33:7 35:24
**taken** 15:11
**taking** 13:7 20:22
**talk** 8:20
**talking** 15:9
**taxes** 13:22 27:16,21
**tell** 4:17 6:9 23:9 24:12
**ten** 7:3 15:21
**termination** 19:24
**terms** 29:11
**testified** 13:13 28:13 30:15 34:4
**testifies** 22:25
**testify** 13:8 36:2
**testimony** 1:13 4:6 12:21 15:14 16:11
  22:22 31:11
**Thank** 22:17 28:5 32:6 33:11
**their** 10:1
**thing** 33:14
**think** 16:16 17:5 18:7
**thirty** 15:20,20 20:9
**though** 18:14
**thought** 18:11
**three** 29:13 30:7 32:13
**threw** 8:9
**through** 4:22 5:6 8:25 9:2 10:6 22:25

23:17
**time** 5:9,13 6:14,15,17,20,24,25 7:9,12
  7:23 8:1,3,4 9:12,22 10:4,5,9 11:4
  12:9,24 14:11 21:25 22:3 23:20,22
  23:25 24:7,10,14,16,23 25:10,20
  26:13 27:9,18 30:10 31:14 32:18
  33:14 34:2
**times** 14:15 31:13
**today** 6:20 15:14 18:14 21:21 28:21
  36:2
**told** 4:19 10:16 18:3
**tools** 24:21 25:18
**towards** 16:3
**TRANSCRIPT** 1:13
**transcription** 36:19
**translate** 31:8
**Translation** 36:6
**Translator** 31:8
**traveling** 24:23
**trees** 24:3 25:20
**trees** 23:21,23
**Trial** 1:13 4:1
**tried** 17:24,25
**trimmer** 24:4 25:20
**trimming** 23:21,23
**truck** 24:23 25:2,5,18
**true** 6:24 13:23 14:2,7 21:18,20,21,22
  22:8 30:22 36:9
**Truly** 35:1
**truth** 4:7,7,8 22:23,23,24
**try** 19:13 29:1
**twelve** 6:24
**twenty** 20:16
**two** 19:19,20 29:5 32:25
**two-year** 29:11
**T-Shirts** 8:17

---
**U**
---

**under** 8:9 20:15
**understand** 28:20 29:18 30:3 35:6
**Understood** 29:23 31:17
**United** 1:1,14 2:2 36:23
**unload** 25:18
**until** 13:25 23:14
**use** 5:11 18:3
**used** 16:5 25:13 28:19
**Usually** 10:7 16:2

---
**V**
---

**verbally** 18:5
**version** 34:2
**very** 4:20 8:7 11:2 28:12
**video** 9:2
**VIEGO** 1:22
**vs** 1:8

---
**W**
---

**wage** 14:16,17,19,22,24 15:1,5,12
**wages** 10:1,15 27:24
**walk** 8:10 14:5
**walked** 8:25 9:8
**want** 15:7 18:10 31:10
**wanted** 4:21
**wants** 31:5
**wasn't** 14:25 15:24 16:5 17:19 30:8
**wasted** 8:4
**watch** 8:24 9:6
**way** 12:23 36:15
**week** 4:19 5:3,4,6 6:5 9:13 10:13 12:11
  13:17 20:22,24 24:6,9,13 26:24
  27:13,17 28:3 30:23 32:8,9,10,12
  32:25 33:1,12,13,25 34:5,19,20
  35:4,8,8
**weekly** 12:3 26:11,15
**weeks** 10:17 26:9,17,20,22 27:13
  28:14,24,25 29:25 30:2 32:12,25
**well** 9:20 17:3 28:23
**went** 10:6 16:9
**were** 4:17 5:14,16,20,23 6:9,15,17,18
  7:4,5,6,6,9 9:25 10:15 11:1 11:12,19
  13:7,17,23 15:15 16:22 17:21,22
  18:6,10,15 21:6 23:25 26:7 28:14
  29:19 30:6,10,16 34:5 35:12 36:2
**weren't** 17:21 18:4 30:11
**wheelchair-bound** 11:13
**while** 7:6 12:5 15:15
**whole**

4:7 22:6,23
**willfulness** 29:13
**wing** 22:2
**wipe** 16:7
**witness** 1:13 4:3,9,12,14 20:18 21:2,4
  22:20 23:1,4,6 30:25 31:16,19 32:4
  32:16,18 33:15,20 34:13 35:1,8,18
**words** 26:20
**work** 5:3,7,20 6:4,24 8:15 11:11 18:2,8
  18:25 24:3,6,9,13 34:8
**workday** 24:12 25:11
**worked** 4:19,21,23 6:14,16 10:12 12:5
  12:10,24 13:3,13,14,24,25 25:20
  26:10,14,24 27:18 28:3 30:18,23
  32:13,25 33:1 34:19
**workers** 30:10
**working** 7:4 15:15 23:12,16 24:25
  27:24 32:7,25 33:12,25 34:5,11
  35:4
**works** 7:6
**wouldn't** 17:5,15
**write** 6:14 10:2,3
**written** 33:9
**wrote** 12:2 16:13

---
**Y**
---

**year** 4:22 10:19 22:6 27:23 30:1
**years** 7:1 18:25 19:19,20 23:11 29:5
  29:13 34:3

---
**Z**
---

**ZIDEL** 1:17
**Zidell** 1:18 3:9 4:4 13:10 22:20,21
  23:8 27:1,3 28:5 29:7 31:2

---
**$**
---

**$1,500** 22:10
**$10,000** 22:9,10
**$12** 5:22 13:18
**$14** 24:5 25:23 26:7
**$15** 5:22 6:1 13:18,21 14:25
**$2,000** 22:12
**$3** 5:22
**$400** 13:19
**$6,767** 27:2
**$6,776** 27:15
**$7** 27:8,12
**$7,000** 10:22
**$7.50** 21:6,10

---
**1**
---

**10** 32:1,3
**10-20506-CIV-SEITZ/SIMONTON**
  1:3
**10-20698-CIV-SEITZ/SIMONTON**
  1:3
**10-20975-CIV-SEITZ/SIMONTON**
  1:4
**12** 3:5 4:23
**121** 26:22 27:13 28:14,24,25
**127th** 35:20,25
**15** 21:6
**16** 32:21 33:4,8
**17** 23:15,17
**18** 3:6
**19** 35:17

---
**2**
---

**2005** 23:13,17
**2006** 4:22
**2007** 4:22 12:24,25 13:14
**2009** 13:7 23:15,17
**2012** 1:10 36:21
**21** 3:7 34:18,25
**23** 32:2,3,21 33:4,8,18 34:17,25 35:17
**23435** 35:20
**26** 33:12

---
**3**
---

**3** 33:25 34:20
**30** 33:19
**300** 1:18
**305.717.7530** 1:23
**305/523-5659** 2:3 36:24
**31** 3:8,9

**32** 26:4,4 27:18 32:13,25
**33128** 2:3 36:24
**33137** 1:23
**33141** 1:19
**34** 23:11
**35** 32:13 33:1
**36** 3:10,11
**37** 33:13
**38** 30:23 32:7

---
**4**

**4** 3:3,4
**4:30** 24:15 25:12,13,16
**400** 2:3 36:23
**41** 34:19
**4300** 1:23
**45** 12:11 33:25 34:20
**47** 10:14
**48** 10:14 24:8,9 30:18 34:5 35:4,9

---
**5**

**5th** 23:17
**5:00** 5:14,16 13:25 36:15
**5:30** 24:15 25:12,13,17
**52** 29:25
**57** 12:11

---
**6**

**6** 1:10
**6:45** 24:15,18 25:7
**605** 1:18

---
**7**

**7:00** 6:6
**7:30** 5:15
**71** 1:18

---
**8**

**8** 27:12 36:21
**8S67** 2:3 36:23
**8:00** 5:15 6:6
**8:30** 5:10

---
**9**

**9:30** 1:10