AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

EDEL LEON, ET. AL.

V.

M.I. QUALITY LAWN MAINTENANCE, INC., ET. AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 10-20506-CIV-SEITZ

| PRESIDING JUDGE<br>Andrea M. Simonton | PLAINTIFF'S ATTORNEY<br>Jaime Zidell/Daniel Feld | DEFENDANT'S ATTORNEY<br>Daniel Espinosa/Jesmany Jomarron/R. Viego |
|---|---|---|
| TRIAL DATE (S)<br>7/3/2012 - 7/17/2012 | COURT REPORTER<br>Robin Dispenzieri | COURTROOM DEPUTY<br>A.L. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 7/5/12 | X | X | Employee earnings statements issued for the years 2007-2009 to Javier Gonzalez |
| 5 | | 7/5/12 | X | X | W-2 issued to Javier Gonzalez by Mitchell's Lawn Maintenance Corp. |
| 7 | | 7/5/12 | X | X | Employee hour worksheets stating each employees rate of pay 17 pages |
| 9 | | 7/5/12 | X | X | Time Records for Edel Leon |
| 10 | | 7/5/12 | X | X | Earning statement for Edel Leon |
| 11 | | 7/10/12 | X | X | Letter to Jerome Bill Ullman dated September 1, 2000 |
| 12 | | 7/11/12 | X | X | Letter to Jerome Ullman dated September 7, 2009 |
| 13 | | 7/10/12 | X | X | Letter from Jerome Bill Ullman dated September 13, 2009 |
| 31 | | 7/9/12 | X | X | Letter dated 6/1/09 to Luis Solarzano |
| 32 | | 7/5/12 | X | X | Checks issued by Defendants to Luis Solorzano that were produced by Defendants |
| 33 | | 7/5/12 | X | X | Handwritten letters faxed to Kelly Phillips by Mitchell Igelko |
| 36 | | 7/5/12 | X | X | Earning statements for Kelly Phillips |
| | 1 | 7/11/12 | X | X | Time Cards and Paystubs for Edel Leon from 2007 to 2009. Introduced through |
| | | | | | Anita Aviles, Elsa Gelman, Mitchell Igelko of Edel Leon |
| | 4 | 7/12/12 | X | X | Signature of Edel Leon used to sign checks obtained during deposition. Introduced |
| | | | | | through Edel Leon or Anita Aviles |
| | 9 | 7/16/12 | X | X | Paystubs and timecards for Kelly Phillips (2007 - 2009) |
| | 13 | 7/10/12 | X | X | Cleared Check (# 13040) to Andre Wongsam from Mitchell Lawn Service Corp. |
| | | | | | for $9,000.00 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Edel Leon, et al. vs. M.I. Quality Lawn Maintenance, et al | CASE NO. 10-20506-CIV-SEITZ |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness Mitchell Igelko sworn and testified |
| | | | | | Witness Luis Solarzano sworn and testified |
| | | | | | Witness Thomas Wilfong sworn and testified |
| | | | | | Witness Susan Crouch sworn and testified |
| | | | | | Witness Lydia Cabrera sworn and testified |
| | | | | | Witness Esteban Del Sol sworn and testified |
| | | | | | Witness Harry De La Cruz sworn and testified |
| | | | | | Witness Ralph Diaz sworn and testified |
| | | | | | Witness Jose Mendoza sworn and testified |
| | | | | | Witness Luisa Ginsberg sworn and testified |
| | | | | | Witness Luis Solarzano sworn and testified |
| | | | | | Witness Elsa Gelman sworn and testified |
| | | | | | Witness Anita Aviles Ramirez sworn and testified |
| | | | | | Witness Javier Gonzalez sworn and testified |
| | | | | | Witness Edel Leon sworn and testified |
| | | | | | Witness Adriana Igelko sworn and testified |
| | | | | | Witness Kelly Phillips sworn and testified |

Page 2 of 2 Pages